```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| SHAAMEL SPENCER, | : |
|  | : Civil Action No. 17-4777 (NLH) |
| Petitioner, | : |
|  | : |
| v. | : **MEMORANDUM OPINION** |
|  | : |
| UNITED STATES OF AMERICA, | : |
|  | : |
| Respondent. | : |

It appearing that:

1. Pro se Petitioner Shaamel Spencer, a prisoner confined at Federal Correctional Institution McKean in Bradford, Pennsylvania, seeks to file a motion to vacate pursuant 28 U.S.C. § 2255. (ECF No. 1.)

2. Local Civil Rule 81.2 provides:

> Unless prepared by counsel, . . . motions under 28 U.S.C. §2255 shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a).

3. Petitioner did not use the form supplied by the Clerk for section 2255 motions, *i.e.*, AO243 (modified): DNJ-Habeas-004 (Rev. 01-2014).

4. As a result, the Court will administratively terminate this matter. If Petitioner wishes to reopen this case, within 30 days, he must submit a complete, signed motion on the correct form.

5. An appropriate order follows.

Dated: June 30, 2017         s/ Noel L. Hillman
At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.